AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>__ARI ELIAS BAUM__<br>*Defendant* | )<br>)<br>) Case No. 14-M-1026<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ari Elias Baum
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 42, United States Code, Sections 1383a(a)(2) and 1383a(a)(3); making false statements and concealing material facts.

Date: 3/31/14

*Issuing officer's signature*

City and state: Buffalo, New York

JERERMIAH J. McCARTHY, U.S. MAGISTRATE JUDG
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/31/14, and the person was arrested on *(date)* 05/15/2014
at *(city and state)* Buffalo, New York.

Date: 7/15/2014

*Arresting officer's signature*

SA MATTHEW A. HECKER
*Printed name and title*