UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                      14-CR-164-WMS-JJM

       v.                                         **NOTICE OF APPEARANCE**

ARI ELIAS BAUM,

       Defendant.
_____

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for defendant Ari Elias Baum.

**DATED:**   Buffalo, New York, September 22, 2014.

       Respectfully submitted,

       **/s/Fonda Dawn Kubiak**
       Fonda Dawn Kubiak
       Assistant Federal Public Defender
       Federal Public Defender's Office
       300 Pearl Street, Suite 200
       Buffalo, New York   14202
       (716) 551-3341
       fonda_kubiak@fd.org
       Counsel for defendant Ari Elias Baum

**TO:**   Frank T. Pimentel
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

        v.

ARI ELIAS BAUM,

        Defendant.

**14-CR-164-WMS-JJM**

───────────────────────────────

## CERTIFICATE OF SERVICE

     I hereby certify that on **September 22, 2014**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        Frank T. Pimentel
        Assistant United States Attorney
        Western District of New York
        138 Delaware Avenue, Federal Centre
        Buffalo, New York 14202

                          **/s/Jacqueline A. Downey**
                          Jacqueline A. Downey
                          Federal Public Defender's Office