UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,    14-CR-164-WMS

        v.    NOTICE OF MOTION

ARI ELIAS BAUM,

        Defendant.

_____

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Brian P. Comerford, dated January 25, 2016. |
| **RELIEF REQUESTED:** | Permission to travel outside the Western District of New York to Syracuse, New York. |
| **DATED:** | Buffalo, New York, January 25, 2016. |

/s/ **Brian P. Comerford**
Brian P. Comerford
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Attorney for Defendant Ari Elias Baum*

**TO:** Frank T. Pimentel
     Assistant United States Attorney

     Jaclyn S. Sainsbury
     United States Probation Officer

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                               **14-CR-164-WMS**

      v.                                                                              **AFFIRMATION**

ARI ELIAS BAUM,

         Defendant.

_____

     **BRIAN P. COMERFORD,** affirms under penalty of perjury that:

1.     I represent the defendant, Ari Baum.

2.     Mr. Baum is presently on pretrial release, his travel is restricted to the Western District of New York. Mr. Baum and his father have asked for permission for Ari to travel to Syracuse, New York for one day to pick up property belonging to Mr. Baum's sister, and then transport the property back to Buffalo. This property is presently located at Syracuse University. I have spoken with Mr. Baum's father, and he has stated that they would like Ari to drive out, pick up the property, and return on the same day.

3.     We respectfully request that the Court permit Mr. Baum to travel to Syracuse, New York, on a date and time approved by Probation.

4.     I have discussed this request with United States Probation Officer Jaclyn Sainsbury and she has indicated that Probation has no objection.

AO 72A
(Rev. 8/82)

-2-

5. I have discussed this request with Assistant United States Attorney Frank Pimentel and he has indicated that the Government has no objection.

**DATED**:     Buffalo, New York, January 25, 2016.

                                        Respectfully submitted,


                                        **/s/ Brian P. Comerford**
                                        Brian P. Comerford
                                        Assistant Federal Public Defender
                                        Federal Public Defender's Office
                                        300 Pearl Street, Suite 200
                                        Buffalo, New York 14202
                                        (716) 551-3341, (716) 551-3346 Fax
                                        brian_comerford@fd.org
                                        *Attorney for Defendant Ari Elias Baum*


**TO:**   Frank T. Pimentel
          Assistant United States Attorney

          Jaclyn S. Sainsbury
          United States Probation Officer