UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ARI E. BAUM,

          Defendant.

14-CR-164-WMS

**AFFIDAVIT OF STANDING**

---

**STATE OF NEW YORK**    )
**COUNTY OF ERIE**       ) ss:
**CITY OF BUFFALO**     )

**ARI E. BAUM,** being duly sworn, deposes and states:

1. On November 21, 2013, United States Magistrate Judge H. Kenneth Schroeder, Jr., issued a search warrant for the contents of my Facebook account.

2. As part of discovery in this case, the Government has turned over private Facebook messages that were obtained by the Government.

3. I have an expectation of privacy in these messages, as they consist of private correspondence between myself and other individuals. These messages were not publicly displayed on my Facebook page. The only people who could view these messages on Facebook were myself and the sender/recipient of each message.

4.  I object to the Government using any of the private Facebook messages that they have obtained.

_____
ARI E. BAUM

Sworn to before me this
14TH day of July, 2016.

_____
Notary Public State of New York
Qualified in Erie County
Commission Expires

Ronald C. Ransford
Notary Public, State of New York
No. 01RA5053489
Qualified in Erie County
Commission Expires

Ronald C. Ransford
Notary Public, State of New York
No. 01RA5053489
Qualified in Erie County
Commission Expires

2