UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **14-CR-164-WMS** |
| ARI ELIAS BAUM, | **NOTICE OF MOTION** |
| Defendant. | |

_____

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable William M. Skretny, Senior United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Martin J. Vogelbaum, dated March 9, 2017. |
| **RELIEF REQUESTED:** | Adjournment of deadline to file objections to Magistrate's report and recommendation to and including April 20, 2017. |
| **DATED:** | Buffalo, New York, March 9, 2017. |

**/s/ Martin J. Vogelbaum**
Martin J. Vogelbaum
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
Martin_Vogelbaum@fd.org
*Co-counsel for Defendant Ari Elias Baum*

**TO:** Frank T. Pimentel
Assistant United States Attorney
Jaclyn S. Sainsbury
United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14-CR-164-WMS |
| v. | **AFFIRMATION** |
| ARI ELIAS BAUM, | |
|             Defendant. | |

_____

**MARTIN J. VOGELBAUM,** affirms under penalty of perjury that:

1. With Assistant Federal Public Defender Brian P. Comerford, I represent the defendant Ari Elias Baum.

2. Judge McCarthy filed his report and recommendation regarding Mr. Baum's pretrial motions on March 6, 2017. (Doc. 94). Accordingly, objections to the report and recommendation are presently due on or before March 20, 2017. (Doc. 94 at 34).

3. Between the filing of this motion and March 27, the undersigned must file objections to a report and recommendation in another case, a reply brief, and a post-hearing brief. He also has to prepare for two oral arguments and assist with legal research for a trial.

4. Mr. Comerford is currently preparing for a trial that begins on March 20 and is anticipated to last for at least two weeks.

5. For the foregoing reasons, the undersigned requests an adjournment of the deadline to file objections to Judge McCarthy's report and recommendations to and including April 20, 2017.

6. I have discussed this with Assistant United States Attorney Frank Pimentel and the government has no objection to the relief requested by this motion.

7. I agree to the exclusion of the intervening time under the Speedy Trial Act.

**DATED:** Buffalo, New York, March 9, 2017.

Respectfully submitted,

**/s/ Martin J. Vogelbaum**
Martin J. Vogelbaum
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
Martin_Vogelbaum@fd.org
*Co-counsel for Defendant Ari Elias Baum*

**TO:** Frank T. Pimentel
Assistant United States Attorney

Jaclyn S. Sainsbury
United States Probation Officer