UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

ARI ELIAS BAUM,

           Defendant.
_____

**14-CR-164-WMS-JJM**

**SENTENCING MEMORANDUM**

Attached are the following letters written on behalf of the defendant for Your Honor's consideration at the time of sentencing scheduled for November 15, 2017 at 2:30 p.m.:

1. R. Bruce Baum, Defendant's Father, Exhibit A.

2. Wendy Baum, Defendant's Mother, Exhibit B.

**DATED**:	Buffalo, New York, November 8, 2017

           Respectfully submitted,

           **/s/  Brian P. Comerford**
           Brian P. Comerford
           Assistant Federal Public Defender
           Federal Public Defender's Office
           300 Pearl Street, Suite 200
           Buffalo, New York 14202
           (716) 551-3341, (716) 551-3346 (Fax)
           brian_comerford@fd.org
           Counsel for Defendant Ari Elias Baum

**TO:**	Jonathan Paul Cantil
       Assistant United States Attorney

       Alexandra G. Piskorz
       U.S. Probation Officer