UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

ARI ELIAS BAUM,

          Defendant.
_____

14-CR-164-WMS-JJM

**STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCNG FACTORS**

    Brian P. Comerford, affirms under penalty of perjury that:

    I am an Assistant Federal Public Defender in the Western District of New York and represent the Defendant, Ari Elias Baum, in the above-entitled action brought by the United States of America. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.

    In accordance with those rules, it is hereby stated on behalf of the Defendant, that I have reviewed the Presentence Report and have discussed the same with Ari Elias Baum. There are no statements, conclusions or other information contained in that report which he disputes. Defendant accepts the Presentence Report in its full prepared form.

    The Defendant requests that the Court advise him about all information which it will consider in imposing sentence which negatively impacts on the Defendant and about which the Defendant has no prior notice from the presentence report, including, but not limited to, *ex parte*

communications with United States Probation Officers and victims. *United States v. Mueller*, 168 F.3d 186 (5th Cir. 1999); *United States v. Corace*, 146 F.3d 51 (2d Cir. 1998); *United States v. Rivera*, 96 F.3d 41 (2d Cir. 1996).

**DATED**:	Buffalo, New York, November 14, 2017

>	Respectfully submitted,
>
>	**/s/  Brian P. Comerford**
>	Brian P. Comerford
>	Assistant Federal Public Defender
>	Federal Public Defender's Office
>	300 Pearl Street, Suite 200
>	Buffalo, New York 14202
>	(716) 551-3341, (716) 551-3346 (Fax)
>	brian_comerford@fd.org
>	Counsel for Defendant Ari Elias Baum

**TO:**	Jonathan Paul Cantil
	Assistant United States Attorney

	Alexandra G. Piskorz
	United States Probation Officer