IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                Plaintiff,

                                      1:14CR00164-001

v.

ARI ELIAS BAUM

                Defendant.
_____

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on November 15, 2017, and entered on November 22, 2017.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, November 21, 2018.

                                      JAMES P. KENNEDY, JR.
                                      United States Attorney

                BY:    s/KEVIN D. ROBINSON
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        (716) 843-5804
                        Kevin.D.Robinson@usdoj.gov